UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

   - v. -

FLOYD WIGFALL,                              08 CRIM 487

         Defendant.      :

- - - - - - - - - - - - - - - - x

COUNT ONE

    The Grand Jury charges:

    In or about January 2008, in the Southern District of New York and elsewhere, FLOYD WIGFALL, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did pass, utter, publish, and sell, and did attempt so to do, and with like intent did bring into the United States and keep in his possession falsely made, forged, counterfeited, and altered obligations, and other securities of the United States, to wit, WIGFALL possessed counterfeit Federal Reserve Notes.

    (Title 18, United States Code, Section 472.)

COUNT TWO

    The Grand Jury further charges:

    In or about January 2008, in the Southern District of New York and elsewhere, FLOYD WIGFALL, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did falsely



make, forge, counterfeit, and alter an obligation and other security of the United States, to wit, WIGFALL made counterfeit Federal Reserve Notes.

    (Title 18, United States Code, Section 471.)

_____      _____
FOREPERSON                                   MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

FLOYD WIGFALL,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 471, 472, and 473)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Sherry Picchioni*
Foreperson.

*[handwritten: Indictment filed, case assigned to judge McMahon.]*